

**FILED**

JAN 06 2011

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| DEAN LEE NORBY, | ) | CV 10-15-H-DWM-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHELLE STEYH, WILLIAM HITCHENS, and MIKE MAHONEY, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

The Court having reviewed for clear error the Findings and

Recommendations of United States Magistrate Judge Keith Strong (Doc. No. 21),

and having found no clear error therein,

IT IS HEREBY ORDERED that Plaintiff Norby's motion to dismiss (Doc.

No. 19) is GRANTED, and this matter is DISMISSED WITH PREJUDICE. All

-1-

other pending motions are DENIED as moot.

The Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court shall have the docket reflect that the Court certifies pursuant to Fed. R. App. P. 24(a)(3)(A) that any appeal of this decision would not be taken in good faith.

DATED this 6 day of January, 2011.

Donald W. Molloy, District Judge
United States District Court